# IN THE COURT OF APPEALS OF TENNESSEE

## AT KNOXVILLE

FILED

January 28, 1999

Cecil Crowson, Jr.
Appellate Court
Clerk

In Re: THE ESTATE OF MILDRED M.   )  C/A NO. 03A01-9808-CH-00267
     VERKSTROM, deceased,        )
                                     )  SULLIVAN PROBATE
                                     )  NO. P-95-7553(L)
-----------------------------------------------)
GORMAN WADDELL, Co-Executor of )
the Estate of Mildred M. Verkstrom,   )  SULLIVAN CHANCERY
                                     )  NO. 27243(M)
      Plaintiff-Appellee,        )
                                     )  HON. RICHARD E. LADD,
v.                              )  CHANCELLOR
                                     )
EDNA M. GODWIN,           )
                                   )
      Defendant-Appellant,     )
-----------------------------------------------)
GORMAN WADDELL, Co-Executor of )
the Estate of Mildred M. Verkstrom,   )  SULLIVAN CHANCERY
                                     )  NO. 27244(L)
      Plaintiff,              )
                                     )
v.                              )
                                   )
BERNICE GATES, Co-Executrix,    )
and                             )
BANK OF TENNESSEE,        )
                                   )
      Defendants.           )

## O R D E R

       This cause was regularly heard and considered by the court. IT IS NOW

ORDERED that the judgment of the Trial Court is affirmed, and the cause remanded.

The costs of appeal are adjudged to appellant, for which execution may issue if

necessary.

PER CURIUM